FILED
11/15/2024
Jill Paull
CLERK
Powell County District Court
STATE OF MONTANA
By: Jody Beck
DV-39-2024-0000081-NE
Dayton, Ray
1.00

Keif Storrar
DOUBEK, PYFER & STORRAR
PO Box 236
Helena MT 59624
Telephone: (406) 442-7830
Facsimile:  (406) 442-7839
keif@lawyerinmontana.com

*Attorneys for Plaintiff*

## MONTANA THIRD JUDICIAL DISTRICT COURT, POWELL COUNTY

| | |
|---|---|
| TERRY COLBY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THERESA LOU SULLIVAN,<br><br>　　　　　Defendant. | CAUSE NO.<br><br>DV-39-2024-0000081-NE<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

Plaintiff files this Complaint and Demand for Jury Trial and alleges the following:

**FACTS**

All acts and omissions occurred in Powell County in the State of Montana.

1. The incident "crash" occurred on or about June 29, 2023, at approximately 5:10 p.m.

1

2. Defendant was stopped at the stop sign on Cemetery Road going south, attempting to cross US-12.

3. Plaintiff was driving westbound on US-12 approaching the intersection with Cemetery Road.

4. As Defendant attempted to cross US-12 in front of Plaintiff, Plaintiff applied the brakes but struck the Defendant on the front driver side of the vehicle.

5. The collision was such that Plaintiff's vehicle was towed due to disabling damage, truck and trailer were jack-knifed and front air bags were deployed.

6. Defendant was charged with a violation of Mont. Code Ann. § 61-8-341, failure to yield the right-of-way.

## COUNT I:  NEGLIGENCE

7. Defendant had a duty to drive her vehicle in a reasonably prudent fashion.

8. Defendant breached her duty by failing to obey basic traffic laws entering a highway and failing to yield causing a collision with Plaintiff.

9. Defendant also breached her duty by failing to pay close enough attention to her driving.

10. As a result of these breaches of her duties to drive safely, Defendant caused the crash.

11. As a direct and proximate result of Defendant's breach, Plaintiff was injured and suffered damages.

## COUNT II:  NEGLIGENCE *PER SE*

12. Defendant violated the law by failing to yield to right-of-way traffic on a through highway in violation of § 61-8-341 MCA.  This statute was promulgated to regulate and protect that class of people driving/riding and travelling on Montana roadways.

13. As a direct and proximate result of Defendant's violation of this statute, Plaintiff was injured and suffered damages.

14. Defendant was negligent *per se*.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

NOW WHEREFORE, Plaintiff requests the Court enter judgment against Defendant for all reasonable and general and compensatory damages caused by his negligence and negligence *per se*, to be determined by a jury, and for all other relief deemed just and proper by the Court.

DATED this 15th day of November, 2024.

DOUBEK, PYFER & STORRAR

By  /s/ Keif Storrar
    Keif Storrar
    Attorney for Plaintiff