IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, HELENA DIVISION

| | |
|---|---|
| TERRY COLBY,<br><br>   Plaintiff,<br><br>vs.<br><br>THERESA LOU SULLIVAN,<br><br>   Defendant. | Cause No. CV 25-06-H-JTJ<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the written stipulation by and between the parties hereto, through their respective counsel of record, pursuant to Rule 41, Fed. R. Civ. P., that Plaintiff's claims against Theresa Sullivan have been fully and finally compromised and settled on their merits and shall be dismissed with prejudice.

IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice, with each party to pay their respective costs and fees of any kind or nature.

**DATED** this 5th day of January 2026.

_____
John Johnston
United States Magistrate Judge